| | |
|---|---|
| 1 | Bobbie J. Wilson, Bar No. 148317 |
| | BWilson@perkinscoie.com |
| 2 | Patrick S. Thompson, Bar No. 160804 |
| | PatrickThompson@perkinscoie.com |
| 3 | Mara Boundy, Bar No. 287109 |
| | MBoundy@perkinscoie.com |
| 4 | Nina Eisenberg, Bar No. 305617 |
| | NEisenberg@perkinscoie.com |
| 5 | **PERKINS COIE LLP** |
| | 505 Howard Street, Suite 1000 |
| 6 | San Francisco, CA  94105-3204 |
| | Telephone:  415.344.7000 |
| 7 | Facsimile:  415.344.7050 |
| 8 | Attorneys for Defendant |
| | GOOGLE LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA WEEKS and WALEED ANBAR, on behalf of themselves and all others similarly situated, | Case No. 5:18-cv-00801-NC |
| Plaintiffs, | **GOOGLE LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the
2  following:

3  Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly
4  owned subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

5  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
6  associations of persons, firms, partnerships, corporations (including parent corporations) or other
7  entities (i) have a financial interest in the subject matter in controversy or in a party to the
8  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
9  substantially affected by the outcome of this proceeding:

10  1.  Google LLC
11  2.  XXVI Holdings Inc., Holding Company of Google LLC
12  3.  Alphabet Inc., Holding Company of XXVI Holdings Inc.

14  DATED:  March 2, 2018                **PERKINS COIE LLP**

    By: */s/ Bobbie J. Wilson*
        Bobbie J. Wilson, Bar No. 148317

    Attorneys for Defendant
    GOOGLE LLC

- 1 -
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.: 5:18-cv-00801-NC