| | |
|---|---|
| 1 | Daniel C. Girard, Bar No. 114826 |
|   | dcg@girardgibbs.com |
| 2 | Jordan Elias, Bar No. 228731 |
|   | je@girardgibbs.com |
| 3 | Adam E. Polk, Bar No. 273000 |
|   | aep@girardgibbs.com |
| 4 | Simon S. Grille, Bar No. 294914 |
|   | sg@girardgibbs.com |
| 5 | **GIRARD GIBBS LLP** |
|   | 601 California Street, Suite 1400 |
| 6 | San Francisco, CA 94108 |
|   | Telephone: 415.981.4800 |
| 7 | Facsimile: |
| 8 | Attorneys for Plaintiffs |
|   | PATRICIA WEEKS and WALEED ANBAR |
| 9 | |
| 10 | Bobbie J. Wilson, Bar No. 148317 |
|    | BWilson@perkinscoie.com |
| 11 | Patrick S. Thompson, Bar No. 160804 |
|    | PatrickThompson@perkinscoie.com |
| 12 | Mara Boundy, Bar No. 287109 |
|    | MBoundy@perkinscoie.com |
| 13 | Nina Eisenberg, Bar No. 305617 |
|    | NEisenberg@perkinscoie.com |
| 14 | **PERKINS COIE LLP** |
|    | 505 Howard Street, Suite 1000 |
| 15 | San Francisco, CA 94105-3204 |
|    | Telephone: 415.344.7000 |
| 16 | Facsimile: 415.344.7050 |
| 17 | Attorneys for Defendant |
|    | GOOGLE LLC |
| 18 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA WEEKS and WALEED ANBAR, on behalf of themselves and all others similarly situated, | Case No. 5:18-cv-00801-NC |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT GOOGLE LLC TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT** |
| v. | |
| GOOGLE LLC, | Current Response Date:  March 2, 2018 |
| Defendant. | New Response Date:  April 2, 2018 |

# STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiff Patricia Weeks and Waleed Anbar ("Plaintiffs") and Defendant Google LLC, ("Google"), (collectively "the parties"), by and through their respective attorneys, submit this Stipulation to extend the time for Google to file its response to Plaintiffs' Class Action Complaint. The Parties have agreed that Google's response will be due on or before April 2, 2018.

DATED:  March 2, 2018           **GIRARD GIBBS LLP**

By: */s/ Daniel C. Girard*
      Daniel C. Girard, Bar No. 114826

Attorneys for Plaintiffs
PATRICIA WEEKS and WALEED ANBAR


DATED:  March 2, 2018           **PERKINS COIE LLP**

By: */s/ Bobbie J. Wilson*
      Bobbie J. Wilson, Bar No. 148317

Attorneys for Defendant
GOOGLE LLC


Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

　　　　　　　　　　　　　　　　　　　　　*/s/ Bobbie J. Wilson*
                                                                    Bobbie J. Wilson