Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
dcg@girardgibbs.com
je@girardgibbs.com
aep@girardgibbs.com
sg@girardgibbs.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA WEEKS and WALEED ANBAR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>GOOGLE LLC,<br>　　　　　　　　Defendant. | Case No.  5:18-cv-00801-NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY FILING DATES**<br><br>Judge:　　Hon. Nathanael M. Cousins |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Patricia Weeks and Waleed Anbar ("Plaintiffs") and Defendant Google LLC ("Defendant") hereby stipulate and agree to the following:

- Plaintiffs will file an Amended Complaint on or before April 11, 2018;
- Defendant will respond to the Amended Complaint on or before May 10, 2018;
- If Defendant moves to dismiss, Plaintiffs will file any opposition on or before June 6, 2018; and
- Defendant will file any reply on or before June 20, 2018.

Defendant need not respond to Plaintiffs' existing Complaint.

**IT IS SO STIPULATED.**

Dated: March 27, 2018                                    Respectfully submitted,

By:     /s/ *Adam E. Polk*
Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Email: dcg@girardgibbs.com
            je@girardgibbs.com
            aep@girardgibbs.com
            sg@girardgibbs.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica L. Titler (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Email: bfj@chimicles.com
            awf@chimicles.com
            jt@chimicles.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: March 27, 2018 | By:   /s/ *Bobbie J. Wilson*<br>Bobbie J. Wilson (State Bar No. 148317)<br>Patrick S. Thompson (State Bar No. 160804)<br>Mara Boundy (State Bar No. 287109)<br>Nina Eisenberg (State Bar No. 305617)<br>**PERKINS COIE LLP**<br>505 Howard Street<br>Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 344-7166<br>Email: BWilson@perkinscoie.com<br>         PatrickThompson@perkinscoie.com<br>         MBoundy@perkinscoie.com<br>         NEisenberg@perkinscoie.com<br><br>*Attorneys for Defendant Google LLC* |

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant Google LLC.

| | |
|---|---|
| Dated: March 27, 2018 | */s/ Adam E. Polk*<br>Adam E. Polk |

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: _____ | _____<br>Hon. Nathanael M. Cousins<br>United States Magistrate Judge |