UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Patricia Weeks, et al.,

        Plaintiff(s)

v.

Google LLC,

        Defendant(s)

CASE No C 5:18-cv-00801-NC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  The parties have agreed to private mediation.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: at a date to be determined

Date: 4/18/2018

/s/ Simon S. Grille
Attorney for Plaintiff

Date: 4/18/2018

/s/ Mara Boundy
Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*