UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WEEKS, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>GOOGLE LLC,<br>　　　　Defendant. | Case No. 18-cv-00801 NC<br><br>**ORDER TO SHOW CAUSE REGARDING ADDED NAMED PLAINTIFFS IN THE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 26 |

The Court takes note that in the amended complaint filed on April 11, 2018, plaintiffs added additional named plaintiffs Alicia Helms and Brian McCloy. Dkt. No. 26. The amended complaint added an additional named plaintiff, but that plaintiff was voluntarily dismissed on April 18, 2018. Plaintiffs present in the original complaint have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Dkt. No. 12. But the Court must also have the consent of the named plaintiffs added in the amended complaint to preside over this case, and decide the pending motion to dismiss. Newly-added plaintiffs must file a document registering their consent or declination of the Court's jurisdiction. Newly-added plaintiffs are instructed to file this document by July 20, 2018.

**IT IS SO ORDERED.**

Dated: July 17, 2018　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 18-cv-00801 NC