**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, and BRIAN MCCLOY, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 5:18-cv-00801-NC<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>L.R. 6-3 |

1

**ORDER**

2  For good cause shown, Plaintiffs' Unopposed Administrative Motion to Enlarge time to File

3  Second Amended Complaint is **GRANTED**.  The Court **VACATES** the deadline of September 6,

4  2018, for Plaintiffs to file an amended complaint. Plaintiffs must file an amended complaint within 7

5  days of the Court's ruling on Plaintiffs' Motion for Leave to File Amended Complaint.

6  **IT IS SO ORDERED.**

8  Dated: August 30, 3018



Hon.
United                                    dge

2

ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE
TIME TO FILE SECOND AMENDED COMPLAINT
CASE NO. 5:18-cv-00801-NC