REDACTED
FILED UNDER SEAL

EXHIBIT B