REDACTED

FILED UNDER SEAL

EXHIBIT 1