Bobbie J. Wilson, Bar No. 148317
*BWilson@perkinscoie.com*
Patrick S. Thompson, Bar No. 160804
*PatrickThompson@perkinscoie.com*
Sunita Bali, Bar No. 274108
*SBali@perkinscoie.com*
Mara Boundy, Bar No. 287109
*MBoundy@perkinscoie.com*
Maria Nugent, Bar No. 306074
*MNugent@perkinscoie.com*
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY, and ADRIAN ALCARAZ, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-00801-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS SUBMITTED IN CONNECTION WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Plaintiffs, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**[PROPOSED] ORDER**

Plaintiffs have filed an Administrative Motion to Seal (Dkt. 93) portions of (i) Plaintiffs' Motion for Class Certification ("Plaintiffs' Class Cert. Motion") (Dkt. No. 94), (ii) the Expert Report of Shahin Nazarian ("Nazarian Report") (Dkt. 94-8), (iii) the Expert Report of Stefan Boedeker ("Boedeker Report") (Dkt. No. 94-7), and (iv) Exhibits 1-2, 22 and B to the Declaration of Adam E. Polk ("Polk Decl.") (Dkt. No. 95-1) in support of Plaintiffs' Motion for Class Certification.

Having considered Plaintiffs' Administrative Motion to Seal and the Declaration of Mara Boundy in support thereof, **IT IS HEREBY ORDERED THAT** Plaintiffs' Administrative Motion to Seal is **GRANTED** as follows:

| Plaintiffs' Class Cert. Motion (Dkt. No. 94) | Court's Ruling |
|---|---|
| Page i:11-12, 14;<br><br>Page 2:2-3, 14;<br><br>Page 3:17-18, 23-25;<br><br>Page 6:1;<br><br>Page 7:1-4, 22-24;<br><br>Page 8:1, 5-28;<br><br>Page 9:12-13, 19-20;<br><br>Page 10:1-10, 12-14, 18-23;<br><br>Page 12:25;<br><br>Page 14:12-13;<br><br>Page 20:23-24; and<br><br>Page 21:2-5. | Seal proposed redacted portions |
| Page 3:10-11 | Seal proposed redacted portions |

| Plaintiffs' Class Cert. Motion (Dkt. No. 94) | Court's Ruling |
|---|---|
| Page 2:10-12;<br><br>Page 6:12-22;<br><br>Page 9:1-4, 23-26; and<br><br>Page 19:16-17. | Seal proposed redacted portions |

| Nazarian Report (Dkt. No. 94-8) | Court's Ruling |
|---|---|
| Redacted portions of page 6, ¶ 17 and the image appearing on page 6. | Seal proposed redacted portions |
| Redacted portions of page 7, ¶¶ 19-20 and the image appearing on page 7. | Seal proposed redacted portions |
| Redacted portions of page 8, ¶¶ 22-24 and fn. 7. | Seal proposed redacted portions |
| Redacted portions of page 9, ¶ 25, fn. 9. | Seal proposed redacted portions |
| Redacted portions of page 10, ¶¶ 27-29, fn.12. | Seal proposed redacted portions |
| Certain redacted portions of page 11, ¶ 34 (proposed redactions in first sentence only). | Seal proposed redacted portions |
| Certain redacted portions of the following:<br><br>Page 12, ¶ 35 (only seeking to seal redacted information in (i) the second line of ¶ 35 beginning with "resulted in"; (ii) the second line of ¶ 35 beginning with "developed a"; and (iii) the third line);<br><br>Page 12, fn. 15 (seeking to seal all redacted portions);<br><br>Page 12, fn. 16 (only seeking to seal (i) the parenthetical explanation of Plaintiffs' citation to GOOG-WEEKS-00000115 and (ii) the parenthetical explanation of Plaintiffs' citation to James Dep. 83:15-24);<br><br>Page 12, fn. 17 (seeking to seal all redacted portions). | Seal proposed redacted portions |

| Nazarian Report (Dkt. No. 94-8) | Court's Ruling |
|---|---|
| Redacted portions of page 14, ¶ 41. | Seal proposed redacted portions |
| Redacted portions of page 15, ¶ 46. | Seal proposed redacted portions |
| Redacted portions of page 17, ¶ 49. | Seal proposed redacted portions |
| Redacted portions of page 19, ¶ 53. | Seal proposed redacted portions |
| Redacted portions of page 20, ¶¶ 57-58. | Seal proposed redacted portions |
| Redacted portions of page 21, ¶¶ 61-63. | Seal proposed redacted portions |

| Boedeker Report (Dkt. 94-7) | Court's Ruling |
|---|---|
| Redacted portions of page 2, ¶ 8. | Seal proposed redacted portions |
| Redacted portions of page 3, ¶ 9. | Seal proposed redacted portions |
| Redacted portions of page 9, ¶ 24, fn. 6. | Seal proposed redacted portions |
| Redacted portions of page 43, ¶ 112. | Seal proposed redacted portions |
| Redacted portions of page 44, ¶ 114, fn. 60. | Seal proposed redacted portions |

| Exhibits to Polk Decl. (Dkt. 95) | Court's Ruling |
|---|---|
| Exhibit 1 (Dkt. 95-1 at 26) | Seal proposed redacted portions |
| Exhibit 2 (Dkt. 95-1 at 27) | Seal proposed redacted portions |
| Exhibit 22 (Dkt. 95-1 at 327) | Seal proposed |

| Exhibits to Polk Decl. (Dkt. 95) | Court's Ruling |
|---|---|
| | redacted portions |
| Exhibit B (Dkt. 95-1 at 12), James Dep. at 28:8-30:3. | Seal proposed redacted portions |
| Ex. B, James Dep. at 31:2-7, 41:9-10, 85:1-18 and 128:14-18. | Seal proposed redacted portions |
| Ex. B, James Dep. at 33:5-25 | Seal proposed redacted portions |
| Ex. B, James Dep. at 34:1-35:18, 35:24-36:3, 36:12-25. | Seal proposed redacted portions |
| Ex. B, James Dep. at 38:7-10. | Seal proposed redacted portions |
| Ex. B, James Dep. at 39:1-18. | Seal proposed redacted portions |
| Ex. B, James Dep. at 40:7-41:4. | Seal proposed redacted portions |
| Ex. B, James Dep. at 82:9-11, 14-25. | Seal proposed redacted portions |
| Ex. B, James Dep. at 88:2-19. | Seal proposed redacted portions |
| Ex. B, James Dep. at 89:7-16. | Seal proposed redacted portions |
| Ex. B, James Dep. at 93:1-2. | Seal proposed redacted portions |
| Ex. B, James Dep. at 93:24-25, 94:6-95:1-96:8, 98:11-25 and 107:1-8. | Seal proposed redacted portions |
| Ex. B, James Dep. at 108:17-25, 116:1-117:18 and 128:20-24. | Seal proposed redacted portions |
| Ex. B, James Dep. at 123:1-5, 7-19 and 124:4-5, 8-25. | Seal proposed redacted portions |
| Ex. B, James Dep. at 131:5-25, 135:8-25. | Seal proposed redacted portions |

| Exhibits to Polk Decl. (Dkt. 95) | Court's Ruling |
|---|---|
| Ex. B, James Dep. at 135:1-3, 139:3-5, 140:4-7, 140:19-142:25, 145:6-146:11, 146:13-147:7, 148:17-25, 149:7-25, 154:7-155:24, 156:2-18, 157:7-158:25, 161:1-8, 161:19-162:2, 162:4-5, 162:7-25, 165:1-166:4, and 166:24-25. | Seal proposed redacted portions |

IT IS SO ORDERED.

DATED: _____

_____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE