Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica L. Titler (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile:  (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*jt@chimicles.com*

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY, and ADRIAN ALCARAZ on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>   v.<br><br>GOOGLE LLC,<br><br>     Defendant. | Case No. 5:18-cv-00801-NC<br><br>**PLAINTIFFS' NOTICE OF TIME AND EXPENSE SUBMISSION** |

Pursuant to paragraphs 25 and 26 of the Order Appointing Interim Class Counsel and Setting Protocol for Time and Expense Reporting (Dkt. No. 46), class counsel submits summary time and expense reports covering the fourth quarter of 2018. The reports are attached hereto as Exhibits 1 and 2.

Dated: January 15, 2019

**GIRARD SHARP LLP**

By: /s/ *Simon S. Grille*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Jessica L. Titler (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile:  (610) 649-3633
*bfj@chimicles.com*
*awf@chimicles.com*
*jt@chimicles.com*

*Interim Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

By: /s/ *Simon S. Grille*

EXHIBIT 1

Attachment C

**Firm Name: Girard Sharp LLP**
**Date: October 1, 2018 through December 31, 2018**

| Category Name | Total Time Per Category | Total Fees Per Category |
|---|---|---|
| Pre-Complaint Investigation/Complaint Prep (Including Amended Complaint(s))/Class Member Intakes | 5.70 | $ 2,972.50 |
| Court Hearings/Conferences/ Pretrial Stipulations | 17.90 | $ 9,610.00 |
| MTD Briefing/Research | | |
| Class Cert Briefing/ Research | 212.90 | $ 126,146.50 |
| SJ Briefing/Research | | |
| Other Motion Practice/Research | 75.40 | $ 40,296.50 |
| Discovery Requests/Responses/Meet & Confer | 108.00 | $ 57,575.50 |
| Factual Analysis/Document Review | 108.20 | $ 36,035.00 |
| Depositions and Related Preparation | 143.20 | $ 75,942.50 |
| Experts/Expert Discovery/Daubert | 97.50 | $ 50,368.00 |
| Trial/Trial Preparation | | |
| Appeals | | |
| Settlement/Settlement Administration/Notice | 2.20 | $ 1,550.00 |
| Litigation Strategy and Analysis | 41.30 | $ 24,397.50 |
| **Total** | **812.30** | **$ 424,894.00** |

Attachment D

**Firm Name: Girard Sharp LLP**
**Date: October 1, 2018 through December 31, 2018**

| Category Name | Total Expenses per Category |
|---|---:|
| Court/Filing Fees | |
| Professional Fees (e.g., experts, consultants, etc.) | $ 26,718.61 |
| Air Transportation | $ 2,222.92 |
| Ground Transportation | $ 1,498.85 |
| Meals | $ 629.51 |
| Lodging | $ 1,983.25 |
| Telephone/Facsimile | $ 87.65 |
| Postage/Express Delivery/Messenger | $ 431.44 |
| Commercial Copies | |
| Court Reports/Transcripts | $ 614.00 |
| Witness/Service Fees | $ 345.00 |
| Internal Reproduction/Copies | $ 1,111.50 |
| Computer Research (e.g Westlaw) | $ 1,699.59 |
| Miscellaneous (Describe in Detail) | |
| **Total** | **$ 37,342.32** |

EXHIBIT 2

Firm Name Chimicles & Tikellis LLP
Date: 4Q18 (October to December 2018)

| Category Name | Total Time per Category | Total Fees per Category |
|---|---:|---:|
| Pre-Complaint Investigation/Complaint Prep/Class Member Intakes | 4.60 | $ 1,110.00 |
| Court Hearings/Conferences/ Pretrial Stipulations | 1.40 | $ 625.00 |
| MTD Briefing/Research | 1.20 | $ 750.00 |
| Class Cert Briefing/ Research | 105.00 | $ 49,617.50 |
| SJ Briefing/Research | 6.80 | $ 2,985.00 |
| Other Motion Practice/Research | 6.00 | $ 2,612.50 |
| Discovery Requests/Responses/Meet & Confer | 129.90 | $ 62,483.00 |
| Factual Analysis/Document Review | 273.80 | $ 76,529.00 |
| Depositions and Related Preparation | 167.00 | $ 72,975.00 |
| Experts/Expert Discovery/Daubert | 64.40 | $ 26,500.00 |
| Trial/Trial Preparation | 1.20 | $ 570.00 |
| Appeals | - | $ - |
| Settlement/Settlement Administration/Notice | 24.60 | $ 11,212.50 |
| Litigation Strategy and Analysis | 51.50 | $ 24,292.50 |
| **Total**: | 837.40 | $ 332,262.00 |

**Attachment D**

Firm Name: Chimicles & Tikellis LLP
Date: 4Q18 (October to December 2018)

| Category Name | Total Expenses per Category |
|---|---|
| Court/Filing Fees | $335.00 |
| Professional Fees (e.g., experts, consultants, etc.) | $42,260.22 |
| Air Transportation | $4,365.79 |
| Ground Transportation | $333.76 |
| Meals | $374.61 |
| Lodging | $342.36 |
| Telephone/Facsimile | $3.55 |
| Postage/Express Delivery/Messenger | $1,144.29 |
| Commercial Copies | |
| Court Reporters / Transcripts | |
| Witness/Service Fees | |
| Internal Reproduction/Copies | $923.50 |
| Computer Research (e.g., Westlaw) | $527.68 |
| Miscellaneous (Evidence Purchase) | $2,149.61 |
| **Total**: | $52,760.37 |