Bobbie J. Wilson, Bar No. 148317
*BWilson@perkinscoie.com*
Patrick S. Thompson, Bar No. 160804
*PatrickThompson@perkinscoie.com*
Mara Boundy, Bar No. 287109
*MBoundy@perkinscoie.com*
Danielle C. Pierre. Bar No. 300567
*DPierre@perkinscoie.com*
Maria Nugent, Bar No. 306074
*MNugent@perkinscoie.com*
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
GOOGLE LLC

[*Additional Attorneys Appear on Signature Pages*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY, and ADRIAN ALCARAZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:18-cv-00801-NC <br><br> **JOINT STIPULATION AND ORDER EXTENDING TIME FOR FACT DISCOVERY** |

Pursuant to Civ. L.R. 6-2, Plaintiffs Patricia Weeks, Alicia Helms, Brian McCloy, and Adrian Alcaraz and Defendant Google LLC ("Google"), by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, under the current case schedule, the parties must complete all non-expert discovery by February 15, 2019 (Dkt. No. 44 at ¶ 4);

WHEREAS, despite good faith and diligence by the parties, Google's witness, Lily Lin, is not able to appear for deposition by or before February 15, 2019;

WHEREAS, Lily Lin provided a declaration in support of Google's Opposition to Plaintiffs' Motion for Class Certification and has knowledge relevant to the issues in the case;

WHEREAS, the parties have met and conferred and agreed that Lily Lin's deposition may occur on February 19, 2019;

WHEREAS, the parties request that the Court allow additional time for the parties to complete all non-expert discovery by February 19, 2019, for the sole purpose of allowing Plaintiffs to depose Google witness, Lily Lin; and

WHEREAS, without any other modifications to the existing Scheduling Order (Dkt. No. 44).

NOW THEREFORE, the parties stipulate to and respectfully request entry of the following modification to the Court's Scheduling Order (Dkt. No. 44 at ¶ 4):

The parties may, for the sole purpose of completing the deposition of Google witness Lily Lin, complete all non-expert discovery by February 19, 2019.

**IT IS SO STIPULATED.**

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | DATED: February 8, 2018 | By: */s/ Bobbie Wilson* |

DATED: February 8, 2018

By: */s/ Bobbie Wilson*
Bobbie J. Wilson, Bar No. 148317
Patrick S. Thompson, Bar No. 160804
Mara Boundy, Bar No. 287109
Danielle C. Pierre. Bar No. 300567
Maria Nugent, Bar No. 306074
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email:
*BWilson@perkinscoie.com*
*PatrickThompson@perkinscoie.com*
*DPierre@perkinscoie.com*
*MBoundy@perkinscoie.com*
*MNugent@perkinscoie.com*

Attorneys for Defendant
GOOGLE LLC

DATED: February 8, 2018

By: */s/ Simon S. Grille*
Daniel C. Girard
Jordan Elias
Adam E. Polk
Simon S. Grille
**Girard Sharp LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-9846
Email:
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*ttan@girardsharp.com*
*sgrille@girardsharp.com*

Attorneys for Plaintiffs

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

*s/ Bobbie J. Wilson*
Bobbie J. Wilson

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: February 11, 2019                    By: _____
                                                    The Honorable Nathanael M. Cousins

**GRANTED**

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA