Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

Bobbie J. Wilson (Bar No. 148317)
BWilson@perkinscoie.com
Patrick S. Thompson (Bar No. 160804)
PatrickThompson@perkinscoie.com
Mara Boundy (Bar No. 287109)
MBoundy@perkinscoie.com
Danielle Pierre (Bar No. 300567)
DPierre@perkinscoie.com
Maria Nugent (Bar No. 306074)
MNugent@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94150
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Attorneys for Defendant Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY, and ADRIAN ALCARAZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:18-cv-00801-NC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL** |

**STIPULATION**

Pursuant to Civil Local Rules 6-1(B), 6-2, and 7-12 Plaintiffs Patricia Weeks, Alicia Helms, Brian McCloy, and Adrian Alcaraz, and Defendant Google LLC, by and through their undersigned counsel of record, jointly stipulate as follows:

WHEREAS, Plaintiffs' motion for preliminary approval is currently due by April 26, 2019 and the Hearing on Plaintiffs' motion is scheduled for June 5, 2019. Dkt. No. 145;

WHEREAS, the parties have made significant progress in negotiating the terms of a final settlement agreement but require additional time to finalize several provisions and work through logistics for certain aspects of the notice and claims procedure;

WHEREAS, despite the parties' diligence, counsel for the parties are still working toward finalizing the settlement documentation and require a short extension of time to do so;

WHEREAS, the parties anticipate that an extension of two weeks, from April 26 until May 10, to file Plaintiffs' preliminary approval motion will afford them sufficient time to finalize all terms and documents required for preliminary approval; and

WHEREAS, subject to the Court's approval, the requested extension would not change the preliminary approval hearing date of June 5, 2019 and the Court will receive Plaintiffs' motion at least 26 days before the date of the preliminary approval hearing.

NOW THEREFORE, the parties stipulate to and respectfully request entry of the following schedule of modified case deadlines:

| Event | Date |
|---|---|
| Plaintiffs' Motion for Preliminary Approval | On or before May 10, 2019 |
| Hearing on Plaintiffs' Motion for Preliminary Approval | June 5, 2019, at 2:00 pm. |

**IT IS SO STIPULATED.**

Dated: April 22, 2019                             Respectfully submitted,

1

STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL
Case No. 5:18-cv-00801-NC

|  |  |
|---|---|
| By: | */s/ Simon S. Grille* |
|  | Daniel C. Girard (State Bar No. 114826) |
|  | Jordan Elias (State Bar No. 228731) |
|  | Adam E. Polk (State Bar No. 273000) |
|  | Simon S. Grille (State Bar No. 294914) |

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
zpb@chimicles.com
bmm@chimicles.com

*Attorneys for Plaintiffs*

Dated: April 22, 2019      By:      */s/ Danielle C. Pierre*
Bobbie J. Wilson (State Bar No. 146317)
Patrick S. Thompson (State Bar No. 160804)
Mara Boundy (State Bar No. 287109)
Danielle C. Pierre (State Bar No. 300567)
Maria Nugent (State Bar No. 306074)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: (415) 344-7000
BWilson@perkinscoie.com
PatrickThompson@perkinscoie.com
MBoundy@perkinscoie.com

DPierre@perkinscoie.com
MNugent@perkinscoie.com

*Attorneys for Defendant Google LLC*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures I, Simon S. Grille, attest that concurrence in the filing of this document has been obtained.

Dated: April 22, 2019                               */s/ Simon S. Grille*
                                                                  Simon S. Grille

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The existing deadline for Plaintiffs' motion for preliminary approval is VACATED. Plaintiffs shall file a motion for preliminary approval on or before May 10, 2019.

Dated: April 22, 2019                    By: _____
                                                            NATHANAEL M. COUSINS
                                                            United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

**CERTIFICATE OF SERVICE**

I, Simon S. Grille, hereby certify that on April 22, 2019 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

<i>/s/ Simon S. Grille</i><br>
Simon S. Grille