| | |
|---|---|
| 1 | Daniel C. Girard (State Bar No. 114826) |
| 2 | Jordan Elias (State Bar No. 228731) |
| 3 | Adam E. Polk (State Bar No. 273000) |
|   | Simon S. Grille (State Bar No. 294914) |

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@ girardsharp.com
jelias@ girardsharp.com
apolk@girardsharp.com
sgrille@girardsharp.com

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
  **& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
bfj@chimicles.com
awf@chimicles.com
zpb@chimicles.com
bmm@chimicles.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY and ADRIAN ALCARAZ, on behalf of themselves and all others similarly situated, | Case No. 5:18-cv-00801-NC |
| Plaintiffs, | **NOTICE OF FILING CORRECTED DOCUMENTS** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

1    PLEASE TAKE NOTICE THAT Plaintiffs submit corrected versions of Plaintiffs' redacted
2 Notice of Motion and Motion for Preliminary Approval of Class Action Settlement (Dkt. Nos. 154-3
3 and 155), and the redacted Joint Declaration of Daniel C. Girard and Benjamin F. Johns in Support of
4 Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkts. 154-5 and 155-1). The
5 prior filed versions inadvertently omitted several redactions.  The corrected versions include the
6 missing redactions.

7    Pursuant to the Northern District of California procedures for removing a sensitive e-filed
8 document (*see* https://www.cand.uscourts.gov/ecf/correctingmistake#SENSITIVE), Plaintiffs will
9 contact the appropriate ECF personnel to request that docket entries 154-3, 154-5, 155, and 155-1 be
10 locked and will then file a Motion to Remove Incorrectly Filed Documents.

| | |
|---|---|
| Dated: May 12, 2019 | Respectfully Submitted, |
| | **GIRARD SHARP LLP** |
| | By:   */s/ Simon S. Grille* |
| | Daniel C. Girard (State Bar No. 114826) |
| | Jordan Elias (State Bar No. 228731) |
| | Adam E. Polk (State Bar No. 273000) |
| | Simon S. Grille (State Bar No. 294914) |
| | 601 California Street, Suite 1400 |
| | San Francisco, California 94108 |
| | Tel: (415) 981-4800 |
| | *dgirard@girardsharp.com* |
| | *jelias@girardsharp.com* |
| | *apolk@girardsharp.com* |
| | *sgrille@girardsharp.com* |
| | |
| | Benjamin F. Johns (*pro hac vice*) |
| | Andrew W. Ferich (*pro hac vice*) |
| | Zachary P. Beatty (*pro hac vice*) |
| | Beena M. McDonald (*pro hac vice*) |
| | **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** |
| | One Haverford Centre |
| | 361 West Lancaster Avenue |
| | Haverford, PA 19041 |
| | Telephone: (610) 642-8500 |
| | *bfj@chimicles.com* |
| | *awf@chimicles.com* |

*zpb@chimicles.com*
*bmm@chimicles.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

／s／ *Simon S. Grille*