1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY and ADRIAN ALCARAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 5:18-cv-00801-NC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Pursuant to Civil L.R. 7-11 and 79-5]** |

For good cause shown, the Court hereby GRANTS Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Portions of the Joint Declaration of Daniel C. Girard and Benjamin F. Johns in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Joint Declaration"), Portions of Exhibit B to the Joint Declaration, and Exhibits C and E to the Joint Declaration:

| Document | Portions to be Sealed |
|---|---|
| Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | • Page 3, Lines 7-8<br>• Page 7, Lines 8-9, 22-24, and 26-28<br>• Page 8, Lines 1-3, 6-7, 10-11, 13-14, 19-21, 24, and footnote 5 (25-28)<br>• Page 9, Lines 1-2<br>• Page 12, Lines 11 and 14<br>• Page 19, Lines 15-16<br>• Page 21, Line 23 |
| Joint Declaration of Daniel C. Girard and Benjamin F. Johns | • Page 7, Lines 15-17, and 19-24<br>• Page 8, Lines 2-4, 8-11, 14-15, 17-18, 22-23, and footnotes 5 and 6 (25-28)<br>• Page 9, Lines 1-2 and 4-7<br>• Page 13, Lines 11-12, 14-15, 17, 23, and 26<br>• Page 14, Lines 2 and 10-11 |
| Exhibit B to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns | • Page 1 |
| Exhibit C to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns | • All |
| Exhibit E to the Joint Declaration of Daniel C. Girard and Benjamin F. Johns | • All |

1 **IT IS SO ORDERED.**

4 **DATED: May 16, 2019**            _____
                                     THE HONORABLE NATHANAEL M. COUSINS



**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused copies of the under seal documents to be served *via electronic mail* on counsel of record for Defendant and counsel for non-parties Assurant and uBreakiFix, where appropriate.

*/s/ Simon S. Grille*