EXHIBIT A

**Weeks, et al. v. Google LLC**
**FIRM NAME:  GIRARD SHARP LLP**
**LODESTAR CHART**
**INCEPTION - August 23, 2019**

| Name | Title | Hours By Category of Work | | | | | | | | | | | | | | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | |
| Girard, Daniel | P | 6.20 | 16.60 | 9.80 | 16.70 | | 12.30 | 18.30 | 1.30 | 0.90 | 0.90 | | | 59.20 | 16.80 | 159.00 | $950.00 | $151,050.00 |
| Sharp, Dena | P | | | 3.90 | | | 3.90 | 0.30 | | | | | | | 1.40 | 9.70 | $710.00 | $6,887.00 |
| Elias, Jordan | P | 15.20 | 5.10 | 12.00 | 54.40 | | 52.10 | 9.40 | 3.10 | 27.40 | 2.10 | | | 29.10 | 38.80 | 248.70 | $700.00 | $174,090.00 |
| Polk, Adam | A | 60.00 | 92.20 | 18.30 | 46.40 | | 27.20 | 66.70 | 27.90 | 132.10 | 29.30 | | | 56.10 | 73.60 | 629.80 | $600.00 | $377,880.00 |
| Kramer, Elizabeth | A | | | | | | 1.70 | | | | | | | 0.20 | | 1.90 | $540.00 | $1,026.00 |
| Tan, Trevor | A | 16.60 | 26.40 | 98.70 | 78.90 | | 137.30 | 7.20 | | | | | | | 14.30 | 379.40 | $510.00 | $193,494.00 |
| Grille, Simon | A | 106.30 | 105.50 | 0.70 | 57.90 | | 183.90 | 284.90 | 38.70 | 175.80 | 106.70 | | | 295.30 | 51.40 | 1407.10 | $500.00 | $703,550.00 |
| Watts, Tom | A | 10.50 | | | | | | | 0.10 | | | | | | | 10.60 | $400.00 | $4,240.00 |
| Goehring, Mani | A | | | | | | 0.10 | 2.50 | 67.20 | 72.00 | | | | 2.10 | | 143.90 | $400.00 | $57,560.00 |
| Jenks, Emily | A | | | | | | | 2.00 | 24.00 | 131.50 | | | | | | 157.50 | $400.00 | $63,000.00 |
| Shao, Peng | A | | | | | | 1.30 | 1.50 | | | | | | | | 2.80 | $385.00 | $1,078.00 |
| Phillips, Alynia | A | 76.70 | | | | | 18.70 | 3.00 | 5.30 | | | | | | 0.60 | 104.30 | $390.00 | $40,677.00 |
| Adamson, Rachel | LC | 8.50 | | | | | | | | | | | | | | 8.50 | $225.00 | $1,912.50 |
| von Goetz, Anne | | 2.30 | 1.40 | 1.30 | 8.60 | | 30.40 | 6.50 | 4.20 | 1.90 | | | | 3.10 | 0.60 | 60.30 | $140.00 | $8,442.00 |
| Attar, Natalie | LA | 21.20 | 1.00 | 1.00 | 1.20 | | 1.40 | 1.50 | 145.80 | 15.00 | | | | 53.00 | 0.10 | 241.20 | $225.00 | $54,270.00 |
| Cook, Jessica | LA | | | | | | | | | 4.50 | | | | 9.60 | | 14.10 | $200.00 | $2,820.00 |
| Joya, Ferdous | LA | 40.5 | 0.4 | 0.70 | 0.50 | | 1.30 | 1.80 | 2.80 | | 0.20 | | | 5.40 | | 53.60 | $200.00 | $10,720.00 |
| Lander, Jessica | LA | | | | | | 5.00 | | 1.20 | | | | | | | 6.20 | $200.00 | $1,240.00 |
| | | | | | | | | | | | | | | | | | | |
| **TOTAL** | | **364.00** | **248.60** | **142.50** | **268.50** | | **476.60** | **405.60** | **321.60** | **561.10** | **139.20** | | | **513.30** | **197.60** | **3638.60** | | **$1,853,936.50** |

**Titles:**

| | |
|---|---|
| P | Partner |
| OC | Of Counsel |
| A | Associate |
| LC | Law Clerk |
| PL | Paralegal |

**Time Categories:**

| | | | | |
|---|---|---|---|---|
| 1. | Pre-Complaint Investigation/Prep/Class Member Intakes | | 8. | Factual Analysis/Document Review |
| 2. | Court Hearings/Conferences//Pretrial Stipulations | | 9. | Depositions and Related Preparation |
| 3. | MTD Briefing/Research | | 10. | Experts/Expert Discovery/Daubert |
| 4. | Class Cert Briefing/Research | | 11. | Trial/Trial Preparation |
| 5. | SJ Briefing/Research | | 12 | Appeals |
| 6. | Other Motion Practice/Research | | 13 | Settlement/Settlement Administration/Notice |
| 7. | Discovery Requests/Responses/Meet & Confer | | 14 | Litigation Strategy and Analysis |

**Weeks, et al. v. Google LLC**
**FIRM NAME:  CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
**LODESTAR REPORT**
**INCEPTION -AUGUST 23, 2019**

| NAME | STATUS* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | TOTAL HOURS | CURRENT HOURLY RATE | CUMULATIVE LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Johns, Benja | P | 42.30 | 22.60 | 72.10 | 30.90 | 2.20 | 5.60 | 63.80 | 62.40 | 106.50 | 16.20 | | | 155.60 | 131.60 | 711.80 | $675.00 | $480,465.00 |
| Gushue, Ali | A | | | | | | | | | | | | | 5.00 | | 5.00 | $535.00 | $2,675.00 |
| McDonald, | A | 0.20 | 5.30 | | 12.50 | | 0.50 | 125.40 | 73.80 | 300.70 | 64.40 | 1.20 | | 86.10 | 8.10 | 678.20 | $500.00 | $339,100.00 |
| DeSanto, M | A | | | | 5.20 | | | | | | | | | | | 5.20 | $475.00 | $2,470.00 |
| Ferich, And | A | 57.60 | 4.60 | 12.90 | 34.90 | 1.50 | 16.10 | 70.60 | 15.70 | 50.10 | 6.40 | | | 25.00 | 16.90 | 312.30 | $475.00 | $148,342.50 |
| Holbrook, S | A | | | | | | | | | | | | | | 19.10 | 19.10 | $475.00 | $9,072.50 |
| Kashurba, A | A | | 4.90 | | 29.20 | | 9.90 | 68.50 | 4.10 | 23.40 | | | | 64.80 | 1.20 | 206.00 | $425.00 | $87,550.00 |
| Heller, Russ | FA | | | | | | | 17.70 | | | | | | | | 17.70 | $400.00 | $7,080.00 |
| Titler, Jessi | FA | 14.40 | 2.30 | 16.90 | 0.20 | 10.70 | 6.70 | 32.10 | 8.00 | 0.50 | 10.90 | | | 13.10 | 2.30 | 118.10 | $400.00 | $47,240.00 |
| Beatty, Zach | A | 20.20 | 0.30 | 10.10 | 24.00 | 8.50 | 1.30 | 21.70 | 45.50 | | | | | 0.80 | 2.80 | 135.20 | $350.00 | $47,320.00 |
| Birch, Davi | IT | 3.40 | | | | | | | 38.2 | | | | | 0.7 | | 42.30 | $250.00 | $10,575.00 |
| Forrester, M | DR | | | | | | | | 360.70 | | | | | | | 360.70 | $250.00 | $90,175.00 |
| Jauregui, Ta | DR | | | | | | | | 133.70 | | | | | | | 133.70 | $250.00 | $33,425.00 |
| Mastraghin, | PL | 1.10 | | | | | 0.30 | | | | | | | | 0.20 | 1.60 | $250.00 | $400.00 |
| Boyer, Justi | PL | 89.50 | 3.70 | 2.50 | 1.50 | 0.10 | 2.40 | 5.80 | 0.40 | 11.30 | 20.00 | | | 61.10 | 14.60 | 212.90 | $175.00 | $37,257.50 |
| Landry, Ma | PL | | | | | | | 3.80 | 138.90 | 148.10 | 2.00 | | | 10.00 | | 302.80 | $165.00 | $49,962.00 |
| Meyer, Har | LC | | | | | | | | | | | | | | 2.50 | 2.50 | $125.00 | $312.50 |
| TOTALS | | 228.70 | 43.70 | 114.50 | 138.40 | 23.00 | 42.80 | 409.40 | 881.40 | 640.60 | 119.90 | 1.20 | 0.00 | 422.20 | 199.30 | 3265.10 | | $1,393,422.00 |

P = Partner
A = Associate
FA = Former Associate
PL = Paralegal
IT = Information Tech
LC = Law Clerk
FLC = Former Law Clerk

**Time Categories:**

1. Pre-Complaint Investigation/Prep/Class Member Intakes
2. Court Hearings/Conferences//Pretrial Stipulations
3. MTD Briefing/Research
4. Class Cert Briefing/Research
5. SJ Briefing/Research
6. Other Motion Practice/Research
7. Discovery Requests/Responses/Meet & Confer
8. Factual Analysis/Document Review
9. Depositions and Related Preparation
10. Experts/Expert Discovery/Daubert
11. Trial/Trial Preparation
12. Appeals
13. Settlement/Settlement Administration/Notice
14. Litigation Strategy and Analysis