EXHIBIT B

| Weeks, et al. v. Google LLC<br>Case No. 5:18-cv-00801-NC<br>Firm Name: Girard Sharp LLP<br>Date: Inception - August 30, 2019 | |
|---|---|
| **Category Name** | **Total Expenses per Category** |
| Court/Filing Fees | $ 400.00 |
| Professional Fees (e.g., experts, consultants, etc.) | $ 110,945.54 |
| Air Transportation | $ 1,850.18 |
| Ground Transportation | $ 4,553.05 |
| Meals | $ 2,105.25 |
| Lodging | $ 1,716.59 |
| Telephone/Facsimile | $ 194.53 |
| Postage/Express Delivery/Messenger | $ 2,246.48 |
| Court Reports/Transcripts | $ 7,787.51 |
| Witness/Service Fees | $ 1,282.35 |
| Internal Reproduction/Copies | $ 7,722.00 |
| Computer Research (e.g Westlaw) | $ 5,704.55 |
| Miscellaneous (Case Point) | $ 1,663.73 |
| **Total** | **$ 148,171.76** |

| Weeks, et al. v. Google LLC |  |
|---|---|
| **EXPENSE CHART** | |
| **FIRM NAME:   CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**<br>**REPORTING PERIOD:   Inception to August 30, 2019** | |
| **DESCRIPTION** | **TOTAL EXPENSES** |
| Expert Fees/Services | $140,209.16 |
| Court Reporters/Transcripts | $37,680.34 |
| Travel (Air & Ground Transportation, Meals, Lodging, etc.) | $21,641.50 |
| Reproduction/Duplication/Copies | $9,365.25 |
| Computer Research | $2,309.03 |
| Court Fees | $1,575.00 |
| Professional Fees/Services (case investigation, press release, etc.) | $1,481.68 |
| Express Delivery/Messenger | $1,481.49 |
| Service of Process | $874.10 |
| Telephone/Fax/Postage | $66.66 |
| **TOTAL** | **$216,684.21** |