Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Simon S. Grille (State Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Tel: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns *(pro hac vice)*
Andrew W. Ferich *(pro hac vice)*
Zachary P. Beatty *(pro hac vice)*
Beena M. McDonald *(pro hac vice)*
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY, and ADRIAN ALCARAZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:18-CV-00801-NC<br><br>**POST-DISTRIBUTION ACCOUNTING**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Nathanael Cousins |

Pursuant to the Court's December 13, 2019 Order Granting Plaintiffs' Motion for Final Settlement Approval and Attorneys' Fees and Entering Judgment (Dkt. No. 184), and in accordance with the Northern District of California's Procedural Guidance for Class Action Settlements, Plaintiffs submit this status update and preliminary post-distribution accounting.

### Status of Distribution

The Court granted final approval of this settlement on December 13, 2019. Dkt. No. 184. Under the settlement agreement, the Effective Date of the settlement was January 13, 2020, and distribution of payments to class members began on February 12. The Claims Administrator, KCC, distributed payment to 22,732 class members on February 12. Declaration of Orlando Castillejos ("Castillejos Decl"), ¶ 13. These claims had no deficiencies and were approved without requiring any additional follow-up with the claimants. *Id.* ¶ 14. The total amount of these payments was $2,356,533. *Id.* ¶ 13. In addition, 18,598 class members submitted deficient claims (*e.g.*, claims without sufficient supporting documentation). *Id.* ¶ 11. In line with the terms of the settlement agreement, KCC sent deficiency notices to these class members and provided them an opportunity to cure. *Id.* The deadline to cure deficiencies was February 28. *Id.* 7,855 class members cured the deficiencies in their claims, and KCC is now preparing to distribute settlement checks to these class members on March 27, 2020. Within 21 days of that final distribution, Plaintiffs will file an updated post-distribution accounting. Plaintiffs will further update the Court concerning payment of late-filed claims.

### Accounting Per the Procedural Guidelines

The following chart summarizes the distribution of settlement funds to date and other accounting information pursuant to the provisions for post-distribution accounting in the Northern District's Procedural Guidance for Class Action Settlements. Plaintiffs will file an updated post-distribution accounting on April 17, 2020.

| | |
|---|---|
| Total Settlement Fund | $7,250,000 |
| Total Number of Class Members | 800,000 |
| Total Class Members to Whom Notice was Sent and Not Returned as Undeliverable | 596,361 |

| Method(s) of Notice Sent | Email and Mail | |
|---|---:|---:|
| Claim Forms Submitted | 41,969 | 5.25% |
| Opt Outs | 129 | .02% |
| Objections | 0 | 0% |
| Approved Claims | 30,617 | 73% |
| Recovery per Claimant | | |
| Average | $92.50 | |
| Median | $20 | |
| Amounts Paid to Class Members | | |
| Largest Amount | $500 | |
| Smallest Amount | $20 | |
| Method(s) of Payments | Check, PayPal, Zelle, ACH | |
| Checks Not Cashed | 5,901 | $ 531,194 |
| Attorneys' Fees & Costs | $2,175,000 | 30% |
| Attorneys' Fees Multiplier | 0.67 | |
| Incentive Award (4 class reps) | $20,000 | |
| Administration Fees | $148,349.26 | |
| Amounts Distributed to Each Cy Pres Recipient | None at this time | |

Dated:  March 4, 2020                    Respectfully submitted,

**GIRARD SHARP LLP**

*/s/ Simon S. Grille*
Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*apolk@girardsharp.com*
*sgrille@girardsharp.com*

Benjamin F. Johns (*pro hac vice*)
Andrew W. Ferich (*pro hac vice*)
Zachary P. Beatty (*pro hac vice*)
Beena M. McDonald (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
**& DONALDSON-SMITH LLP**

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
*bfj@chimicles.com*
*awf@chimicles.com*
*zpb@chimicles.com*
*bmm@chimicles.com*

*Class Counsel*

**CERTIFICATE OF SERVICE**

I, Simon S. Grille, hereby certify that on March 4, 2020, I caused the foregoing to be electronically filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

Dated: March 4, 2020         /s/ *Simon S. Grille*
                             Simon S. Grille