IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WEEKS, ALICIA HELMS, BRIAN MCCLOY, and ADRIAN ALCARAZ on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:18-cv-00801-NC<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF ORLANDO CASTILLEJOS RE: DISTRIBUTION OF SETTLEMENT FUNDS** |

1

I, Orlando Castillejos, declare and state as follows:

1. I am a Senior Project Manager with KCC Class Action Services ("KCC"), located at 462 S. 4th Street, Louisville, KY 40202. Pursuant to Order Granting Plaintiffs' Motion For Preliminary Approval of Class Action Settlement And Providing For Notice (the "Preliminary Approval Order") dated July 22, 2019, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. This declaration supplements my previous declarations for the purpose of updating the parties and the Court concerning distribution activity.

3. The total estimated number of class members is 800,000.

4. On August 8, KCC sent the Email Notice to 447,669 Class Members. On August 12, KCC sent the Email Notice to an additional 85,365 Class Members.

5. On August 13, KCC mailed a single sided postcard to 68,846 Class Members whose physical address was available.

6. To date, 23,933 unique Class Members had undeliverable email addresses. KCC mailed a postcard to 23,920 Class Members whose Email Notice was returned as undeliverable and who had a valid physical address.

7. To date, KCC has received a total of 6,197 Notice Packets returned by the U.S. Postal Service without forwarding address information. KCC ran a search for an updated address for Class Members whose Notice Packets was returned as undeliverable, and updated and re-mailed the Notice Packets to 691 Class Members.

8. The deadline to submit a request for exclusion ("opt-out") was October 7, 2019. KCC received 128 timely opt-outs and 1 late opt-out. Approximately .02% of the class submitted a request to opt-out.

9. The deadline to submit an objection to the settlement was October 7. KCC has

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement, dated 5/10/2019 (the "Stipulation") and/or the Preliminary Approval Order.

received 0 objections.

10. The deadline to submit a Claim was October 7. To date, KCC has received 41,832 timely Claims and 137 late Claims. Approximately 5.25% of the class submitted a Claim.

11. Of the 41,969 Claims received, 18,598 Claims were deficient. KCC sent deficiency letters to these claimants. The deadline to respond to deficiency letters was February 28, 2020. Of the 18,598 deficient claims, 7,855 claims were timely cured.

12. On August 21, 2019, Defendant made payment to the Qualified Settlement Fund ("QSF") in the amount of $250,000.00. On January 10, 2020, Defendant made a second payment to the QSF in the amount of $7,000,000.00. Interest income earned through January 2020 is $1,821.78.

13. Pursuant to the Court's Order, KCC issued the following payments from the QSF: (a) 2,539,855.97 representing Class Counsels' attorneys' fees and costs; (b) $20,000.00 representing the named plaintiffs' awards; (c) a first distribution of class member settlement payments to 22,732 class members totaling $2,356,533; and (d) $148,349.26 to KCC for its administration costs.

14. The claims that were part of the first distribution had no deficiencies and were approved without requiring any additional follow-up with the claimants.

15. A second distribution of class member settlement payments to 7,885 timely claimants totaling $2,021,540.00 is expected to be released on March 27, 2020. The average recovery per claimant is approximately $92.50 and the median recovery per claimant is $20.00.

16. As of the date of this declaration, 16,831 class members have cashed their payments totaling $1,825,339.00, and 5,901 class members have not cashed their payments totaling $531,194.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2020 at Louisville, KY.

_____
ORLANDO CASTILLEJOS

4

SUPPLEMENTAL DECLARATION OF ORLANDO CASTILLEJOS RE: DISTRIBUTION OF SETTLEMENT FUNDS